FILED IN
1st COURT OF APPEALS
HOUSTON, TX
November 30, 2015
CHRISTOPHER A. PRINE,
CLERK

ACCEPTED
011400968CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

CASE NO. 01-14-00968-CV

| | | |
|---|---|---|
| CECILIA CLINKSCALE,<br>Appellant, | §<br>§<br>§ | IN THE FIRST DISTRICT |
| VS. | §<br>§ | COURT OF APPEALS |
| LEIROI MICKELE' DANIELS,<br>Appellee. | §<br>§<br>§ | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/28/2015
CHRISTOPHER A. PRINE
Clerk

VOID

## THIRD MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR *EN BANC* RECONSIDERATION

TO THE HONORABLE JUSTICES OF THIS COURT:

Comes Now, Cecilia Clinkscale, Appellant, in the above styled civil action and files this *Third Motion For Extension Of Time To File Motion For En Banc Reconsideration* in compliance with Tex. R. App. P. 49.1, 49.7, 49.8, 10.5, 10.5(b). In this respect, Appellant seeks to show this Court the following:

### I.

Wednesday, October 28, 2015, Appellant took reasonable measures to ensure that her initial *Motion For Extension Of Time To File Motion For En Banc Reconsideration* was completed. Appellant encountered a number of hindrances electronically filing the said *Motion*. Tex. R. App. P. 10.5(b)(C).

### II.

To remedy the dilemma encountered while filing her *Motion For Extension Of Time To File Motion For En Banc Reconsideration*, Appellant filed a *Second Motion For Extension Of Time To File Motion For En Banc Reconsideration* (hereinafter, "*Second Motion*"); this *Second Motion* was mailed on Thursday, November 12, 2015. *See* Exhibit 1. This *Second Motion* was not electronically filed until Friday, November 13, 2015; nonetheless, it provided an avenue for Appellant to request a one (1) day extension of time. Tex. R. App. P. 10.5(b)(B).

### III.

Though Appellant sought compliance with Tex. R. App. P. 49.8, she encountered interruptions and setbacks with malfunctioning technology while filing her *Second Motion*. *See* Tex. R. App. P. 9.2(c)(5).

### IV.

Specifically, Appellant attempted to scan her *Second Motion* using the flatbed scanner at a local University; Appellant logged into this network using her credentials; however, Appellant received messages noting that her credentials were not recognized, and the computer was disabled. Appellant shut down the computer, and she logged back into the network several times. Eventually, the network

generated a message noting that Appellant's document had been recovered. *See* Exhibit 2. Unfortunately, the computer was neither able to open the recovered document, nor was the computer able to repair the technical problem impeding verification of Appellant's user identification and computer access credentials. Tex. R. App. P. 10.5(b)(C).

## V.

To covert the hard copy of her *Second Motion* to an electronically fillable portable document format (hereinafter, "PDF"), Appellant needed access to the scanner connected to the respective computer.

## VI.

To further remedy the mishap that Appellant encountered filing her *Second Motion*, Appellant files this *Third Motion For Extension Of Time To File Motion For En Banc Reconsideration*. Tex. R. App. P. 49.8, 10.5(b). In doing so, Appellant seeks a one (1) day extension of time from Thursday, November 12, 2015 to Friday, November 13, 2015. Tex. R. App. P. 10.5(b)(B).

## VII.

The interruptions that Appellant encountered throughout this process have been unforeseen and out of the immediate control of Appellant; hence, the requested extension of time must not be viewed as disregard for the *Rules*, but rather as unpredictable events resulting from the limitations of technology. Tex. R. App. P. 10.5(b)(C), 9.2(c)(5). *See also, Verburgt v. Dorner,* 959 S.W. 2d 615 (Tex. 1997).

## VIII.

Appellant has previously sought an extension of time to file her *Motion For En Banc Reconsideration*. The extension of time requested amounts to two (2) days. Tex. R. App. P. 10.5(b)(B).

## IX.

This extension of time is not sought for delay, and it is not prejudicial to Appellee. Tex. R. App. P. 10.5(b)(D).

## CONCLUSION AND PRAYER

Wherefore, Cecilia Clinkscale, Appellant, submits her *Third Motion For Extension Of Time To File Motion For En Banc Reconsideration* in the interest of justice, and she respectfully requests this Court to enter an *Order* granting her said *Motion*.

Thereto, Appellant requests the said relief and any additional relief to which she is justly entitled.

Respectfully submitted,

CECILIA CLINKSCALE

2

Appellant,
In Propria Persona

Dated: __11 / 27 / 2015__

Post Office Box 42718,
Philadelphia, Pennsylvania 19101
Telephone:   (215) 828-4516
Facsimile:   (877) 669-1745
Email:       cclinkscale@gmail.com

# VERIFICATION

I, Cecilia Clinkscale, Appellant in the above styled civil action, hereby verifies under the penalty of perjury that the above statement of facts and law is true and correct to the best of my current information, knowledge, and belief. 18 Pa. Cons. Stat. § 4902.

_____ 11/27/2015
CECILIA CLINKSCALE

_Cecilia Clinkscale_
Print Name

Dated: ___11/27/2015___

4

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(a)-(e), I, Cecilia Clinkscale, Appellant, do hereby certify that on this 27th day of November 2015, a true and correct copy of the attached and foregoing *Third Motion For Extension Of Time To File Motion For En Banc Reconsideration* was served upon the recipients listed below in the following manner(s):

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
Court of Appeals,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066

Service: e-file.txcourts.gov and United States Postal Service, first-class mail.

Mr. Leiroi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074

Service: United States Postal Service first-class mail.

CECILIA CLINKSCALE
Appellant,
In Propria Persona

Dated: 11/27/2015

## EXHIBIT 1

```
================================================
              PHILADELPHIA MPO
            3000 CHESTNUT STREET
          PHILADELPHIA, PA 19104-9997

11/12/2015                      07:13:13 PM
================================================


              Sales Receipt
  Product       Sale    Unit       Final
  Description    Qty     Price      Price


  HOUSTON, TX  77002-2066          $1.86
  Zone-6
  First-Class Mail® Large Envelope
   0 lb. 4.80 oz.
   * Expected Delivery Day Monday,
  November 16.
                                 ========
  Issue Postage:                   $1.86

  HOUSTON, TX  77074               $.49
  Zone-6
  First-Class Mail® Letter
   0 lb. 0.50 oz.
   * Expected Delivery Day Monday,
  November 16.
                                 ========
  Issue Postage:                   $.49

  Total:
                                 ========
                                   $2.35

  Paid by:
  Discover                         $2.35
    Account #:     XXXXXXXXXXXX9508
    Approval #:    01237R
    Transaction #: 106
    23-902370006-99 1436014979

  SSK Transaction #:        59
  USPS® #                   416551-9550

              Thanks.
    It's a pleasure to serve you.

  ALL SALES FINAL ON STAMPS AND POSTAGE.
  REFUNDS FOR GUARANTEED SERVICES ONLY.
```



EXHIBIT 2

| Property | Value |
|---|---|
| File | AutoRecovery save of Appellant's Motion… |
| Name | ASD File |
| Type | F:\ |
| Folder path | |
| Size | 122 KB |
| Date created | 11/12/2015 11:56 PM |
| Date modified | 11/13/2015 12:47 AM |
| Attributes | A |
| Owner | Everyone |
| Computer | 05SEDUCAT27 (this computer) |

Remove Properties and Personal Information

OK    Cancel    Apply

# VERIFICATION

STATE OF PENNSYLVANIA        §
                             §

COUNTY OF MONTGOMERY      §

BERFORE ME, the undersigned Notary Public, on this day personally appeared Cecilia Clinkscale, who, being by me duly sworn on oath, did depose and say the following:

## OATH

"My name is CECILIA CLINKSCALE. I am the Appellant in the above-styled case. I have read the foregoing *Third Motion For Extension Of Time To File Motion For En Banc Reconsideration*, and each statement of fact therein is true and correct. I have personal knowledge of each such fact stated therein."

**FURTHER, AFFIANT SAYETH NOT.**

By: _Cecilia Clinkscale_     11/27/2015

**SUBSCRIBED TO AND SWORN BEFORE ME,** Cecilia Clinkscale on the 27th day of November 2015, to certify which witness my hand and official seal.

[Seal]

```
Commonwealth of Pennsylvania
NOTARIAL SEAL
Paul J McCarthy, Notary Public
Lower Merion Township, Montgomery County
My Commission Expires September 25, 2018
```

_Paul J McCarthy_
NOTARY PUBLIC IN AND FOR THE
STATE OF PENNSYLVANIA

_Paul J McCarthy_
Print Name:

My Commission Expires: 09/25/2018

| | | |
|---|---|---|
| CECILIA CLINKSCALE, <br> Appellant, | § <br> § <br> § | IN THE FIRST DISTRICT |
| VS. | § <br> § | COURT OF APPEALS |
| LEIROI MICKELE' DANIELS, <br> Appellee. | § <br> § | HOUSTON, TEXAS |

## ORDER

On this _____ day of _____ 2015, came on for consideration *Third Motion For Extension Of Time To File Motion For En Banc Reconsideration.* The Court having reviewed said *Motion* finds that it should be, and hereby is, _____.

It is so **ORDERED**.

Signed this _____ day of _____, 20 \_\_\_\_.

_____
JUDGE